IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    Case Nos.:    3:15cr67/RV/EMT
                                                     3:19cv4937/RV/EMT

ANTHONY FLOYD HEMPHILL,

   Fed. Reg. No. 08719-380

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 1, 2020 (ECF No. 120). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1]

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The "Government's Motion to Dismiss Time-Barred Motion Under 28

---

[1] The Clerk's Office made two separate attempts to send the Report and Recommendation to the petitioner, but both times it was sent back as undeliverable. The Clerk tried, but was unable, to obtain an address to try a third time.

Page **2** of **2**

U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Federal Inmate" (ECF No. 114) is **GRANTED.**

3. Hemphill's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 109) is **DENIED and DISMISSED as untimely.**

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 23rd day of July 2020.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:15cr67/RV/EMT; 3:19cv4937/RV/EMT