# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:15-cr-67/RV

WILLIAM HEMPHILL

## REFERRAL AND ORDER

Referred to Judge Vinson on  September 2, 2020
Type of Motion/Pleading  MOTION to Terminate Probation

Filed by:  Defendant  on  8/24/2020  Doc. No.  126
____ Stipulated/Consented/Joint Pleading/Unopposed
Response: _____ on _____ Doc. No. ____

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Keri Igney*
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2020, that:

The requested relief is DENIED.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE