UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   DKT #3:20CR88-001/MCR |
| | )   DKT #3:15CR67-001/MCR |
| ANTHONY FLOYD HEMPHILL | ) |
| a/k/a Tony Hemphill, Anthony Hemphill, | ) |
| BJ Campbell, Mike Adams | ) |

## ORDER HOLDING VIOLATIONS IN ABEYANCE WHILE CONTINUING/MODIFYING SUPERVISION

THIS MATTER CAME to be heard for a violation hearing on March 25, 2021; there appearing Assistant U.S. Attorney Nancy Hess; and the defendant, Anthony Floyd Hemphill, appearing in person with counsel, Joseph Hammons.

Based on the information provided, the statements of all parties, and the information contained in the violation report, the court finds that the violations as reported shall be held in abeyance and the term of supervised release continued with the modification the defendant make a lump sum payment of $2,500 in each case (Total $5,000) and make a minimum monthly restitution payment of $250 in each case (Total $500 monthly).

**DONE AND ORDERED** in Open Court at Pensacola, Florida, this 25th day of March 2021.

*M. Casey Rodgers*
The Honorable M. Casey Rodgers
United States District Judge
Date Signed: March 25, 2021